SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**PETER D. SAX**
Assistant United States Attorney
Peter.Sax@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**JENIFER BELTRAN ARREDONDO,**

**Defendant.**

**3:25-cr-00503-SI**

**GOVERNMENT'S SENTENCING MEMORANDUM**

The government recommends a guidelines sentence of 24 months' imprisonment.

## BACKGROUND

In fall 2021, in Wilsonville, Oregon, DEA conducted a traffic stop on an orange Ford Focus when it arrived at a pre-arranged drug deal location. Defendant was the driver and sole occupant of the vehicle. Police searched the interior of the vehicle and recovered 2.1 kilograms of counterfeit oxycodone pills containing fentanyl and $111,505 in U.S. currency. The

investigation revealed that defendant coordinated her arrival at the deal location with another co-conspirator.

Defendant was charged by criminal complaint and in January 2026, pleaded guilty to a single-count Information charging her with Conspiracy to Possess with Intent to Distribute and to Distribute Fentanyl, in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(A)(vi) and 846.

At the time of defendant's plea, the parties executed a plea agreement whereby the government agreed that it would recommend the low-end of the applicable sentencing guidelines.

**GOVERNMENT'S SENTENCING RECOMMENDATION**

The government agrees with the calculations in the PSR. With all adjustments, defendant has a total offense level of 17. At CHC I, this results in an advisory guidelines range of 24-30 months' imprisonment. As set forth in the plea agreement letter, the government recommends the low-end of the applicable guidelines range: 24 months. In making its recommendation, the government has taken into consideration defendant's relative position in a much larger conspiracy, the considerable quantity of drugs involved, and the sentences previously imposed by this Court on other members of the Arredondo Drug Trafficking Organization.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**CONCLUSION**

To deter defendant from engaging in future crime, and to protect the community from defendant's illegal activity, the government recommends a sentence of 24 months' imprisonment and a $100 fee assessment.

Dated: October 29, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Peter D. Sax*________________
PETER D. SAX
Assistant United States Attorney